FILED: November 3, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-267

(5:99-cr-00070-RLV-3)

_____

In re: ALPHONSO RAVON MORRISON, a/k/a Ravon, a/k/a Fat Boy

  Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Duncan with the concurrence of Judge Agee and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk